1 Scott E. Gizer, State Bar No. 12216
  *sgizer@earlysullivan.com*
2 Kevin S. Sinclair, State Bar No. 12277
  *ksinclair@earlysullivan.com*
3 EARLY SULLIVAN WRIGHT
  GIZER & MCRAE LLP
4 3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169
5 Telephone:  (702) 331-7593
Facsimile:   (702) 331-1652
6

7 Attorneys for Plaintiff
FIRST AMERICAN TITLE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>COMMERCE ASSOCIATES, LLC, a Nevada limited liability company; TG INVESTMENTS, LLC, a Nevada limited liability company; and DOES 1-10,<br><br>                Defendants. | Case No.: 2:15-cv-00832-RFB-VCF<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING FIRST AMERICAN'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS COMPLAINT (ECF NO. 16)**<br><br>**(First Request)** |



**STIPULATION AND [PROPOSED] ORDER**

100568.3

1  This is a stipulation to extend plaintiff First American Title Insurance Company's ("First American") deadline to file its response in opposition to defendants Commerce Associates, LLC's and TG Investments, LLC's (collectively, "Defendants") motion to dismiss First American's complaint, and Defendants' corresponding deadline to file their reply to that response.

**WHEREAS** plaintiff First American filed this action on May 4, 2015;

**WHEREAS** First American caused the complaint and summons to be served on the registered agents of Defendants on May 5, 2015;

**WHEREAS** based on Defendants' failure to appear in this action on or before May 26, 2015, the Clerk entered Defendants' default on May 28, 2015 pursuant to Fed. R. Civ. P. 55(a);

**WHEREAS** Defendants filed a motion to set aside the entry of default on June 19, 2015 (ECF No. 9);

**WHEREAS** First American filed a response in opposition to that motion on July 6, 2015 (ECF No. 13);

**WHEREAS** the deadline for the filing of Defendants' reply in support of the motion to set aside is currently set for July 16, 2015;

**WHEREAS** after First American filed its response in opposition to their motion, and before the Court ruled on their motion, Defendants filed a motion to dismiss First American's complaint (ECF No. 16);

**WHEREAS** First American's present deadline to file its response in opposition to the motion to dismiss is July 27, 2015;

**WHEREAS** Defendants' motion to dismiss will be rendered moot if the Court denies Defendants' motion to set aside the Clerk's entry of default;

///

///

///

///



1
**STIPULATION AND [PROPOSED] ORDER**

100568.3

**NOW THEREFORE** First American and Defendants, by and through the undersigned counsel, **HEREBY STIPULATE AND AGREE:** (i) subject to the approval of the Court that First American's deadline to file its response in opposition to Defendants' motion to dismiss shall be continued until fourteen (14) days after the Court issues its ruling on Defendants' motion to set aside the Clerk's entry of default, and any reply to the motion to dismiss shall be filed by Defendants in compliance with Local Rule 7-2(c); and (ii) this stipulation is entered into solely for the purpose of continuing First American's deadline to respond to Defendants' motion to dismiss and is made without prejudice as to any other rights of any party.

By: _/s/--Kevin S. Sinclair_
Kevin S. Sinclair
EARLY SULLIVAN WRIGHT
  GIZER & MCRAE LLP
3883 Howard Hughes Parkway, Ste. 790
Las Vegas, Nevada 89169

*Attorneys for Plaintiff First American Title Insurance Company*

-and-

By: _/s/ Anthony J. DiRaimondo_
Anthony J. DiRaimondo, Esq.
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169

*Attorneys for Defendants Commerce Associates, Inc. and TG Investments, Inc.*

**IT IS SO ORDERED**.

_____
THE HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: _July 22, 2015._____

