David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COMMERCE ASSOCIATES, LLC, a Nevada limited liability company; TG INVESTMENTS, LLC, a Nevada limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 2:15-CV-00832-RFB-VCF<br><br>**STIPULATION TO CONTINUE HEARING AND ORAL ARGUMENT REGARDING MOTION TO DISMISS [DKT. # 27] AND OBJECTION OR MOTION TO RECONSIDER [DKT # 36]; [*PROPOSED*] ORDER**<br><br>[First Request] |

Pursuant to Local Rule 6-1, Plaintiff First American Title Insurance Company ("Plaintiff"), by and through its undersigned counsel, and Defendants Commerce Associates, LLC and TG Investments, LLC ("Defendants"), by and through their undersigned counsel, hereby submit this stipulation and request:

1. On January 15, 2016, the Court entered its Minute Order in Chambers scheduling for February 4, 2016, at 2:00 p.m. a hearing and oral argument for Defendants' Motion to Dismiss (Dkt. # 27) and Defendants' Objection or Motion to Reconsider (Dkt. # 36).

2. Defendants' counsel is required to attend trial in another matter outside of this jurisdiction where his clients will be testifying on, among other dates, February 3, 2016 through February 10, 2016. These specific dates only became known to Defendants' counsel within the last twenty-four hours.

1

3. Based on the unavailability of Defendants' counsel due to trial in another matter, the parties hereby stipulate and request to continuing the hearing in this case scheduled for February 4, 2016, at 2:00 p.m. to February 18, 2016, at 2:00 p.m. (or the next hearing date thereafter that is available on the Court's hearing calendar).

DATED this 29th day of January, 2016.

By: /s/--Kevin S. Sinclair
Kevin S. Sinclair
EARLY SULLIVAN WRIGHT
GIZER & MCRAE LLP
3883 Howard Hughes Parkway, Ste. 790
Las Vegas, Nevada 89169

*Attorneys for Plaintiff First American Title Insurance Company*

-and-

By: /s/ David A. Carroll
David A. Carroll, Esq.
Anthony J. DiRaimondo, Esq.
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169

*Attorneys for Defendants Commerce Associates, Inc. and TG Investments, Inc.*

## ORDER

The foregoing Stipulation is GRANTED.

IT IS HEREBY ORDERED that the hearing and oral argument in this case currently scheduled for February 4, 2016, at 2:00 p.m. is CONTINUED to February 18, 2016, at 2:00 p.m.

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: February 1, 2016