UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

FIRST AMERICA TITLE INSURANCE COMPANY,

        Plaintiff,

vs.

COMMERCE ASSOCIATES, LLC; *et.al.*,

        Defendants.

Case No. 2:15–cv–832–RFB–VCF

**ORDER**

     Before the court are First American's motion to seal (ECF No. 86) and the Defendants' response (ECF No. 88). First American filed its response to the Defendants' motion for a protective order (ECF No. 84; 85) under seal. The Defendants did not oppose First American's response being filed under seal. (ECF No. 88) Based on the Defendants' non-opposition, First American's motion is granted.

     ACCORDINGLY, and for good cause shown,

     IT IS HEREBY ORDERED that First American's motion to seal (ECF No. 86) is GRANTED.

     IT IS FURTHER ORDERED that First America's response to the Defendant's motion for protective order (ECF No. 84) and (ECF No. 85) are to remain sealed.

     IT IS SO ORDERED.

     DATED this 9th day of January, 2017.

                                      _____

                                      CAM FERENBACH
                                      UNITED STATES MAGISTRATE JUDGE