Kevin S. Sinclair, NV Bar No. 12277
*ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Plaintiff
FIRST AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
OF PROCESS ONLY PER L.R. IA 11-1(b)(2)(ii)

Janet Trost, Esq., State Bar No. 4072
501 S. Rancho Drive
Suite H-56
Las Vegas, NV 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FIRST AMERICAN TITLE INSURANCE COMPANY,

Plaintiff,

vs.

COMMERCE ASSOCIATES, LLC et al.,

Defendants.

Case No.: 2:15-cv-00832-RFB-VCF

**MOTION TO SUBSTITUTE SINCLAIR BRAUN LLP'S DESIGNATED ATTORNEY FOR SERVICE OF PAPERS, PROCESS, OR PLEADINGS AND TO REMOVE GARY L. COMPTON, ESQ. FROM THE COURT'S E-SERVICE LIST**

Attorney Kevin S. Sinclair of Sinclair Braun LLP ("Sinclair Braun"), who is counsel of record for Plaintiff First American Title Insurance Company, is an attorney who is admitted to practice in Nevada but who does not maintain an office in Nevada. Pursuant to Local Rule IA 11-1(b)(2)(ii), Sinclair Braun had designated attorney Gary L. Compton as the Nevada attorney maintaining an office in Nevada for service of papers, process, or pleadings. Sinclair Braun wishes to designate attorney Janet Trost, Esq., whose address is 501 S. Rancho Drive, Suite H-56, Las Vegas, NV 89106, as Sinclair Braun's designated local attorney for service of papers, process, or pleadings. Plaintiff First American Title Insurance Company respectfully moves the Court for an order pursuant to Local Rules IA 11-1(b) and IA 11-6 to: (1) substitute Ms. Trost for Mr. Compton as Sinclair Braun's designated attorney maintaining an office in Nevada for service

SINCLAIR BRAUN LLP

of papers, process, or pleadings, and (2) remove Mr. Compton from the Court's electronic service list in this matter.

Dated:  November 23, 2022            SINCLAIR BRAUN LLP

By:  */s/-Kevin S. Sinclair*
    KEVIN S. SINCLAIR
    Attorneys for Plaintiff
    FIRST AMERICAN TITLE INSURANCE COMPANY

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  11-23-2022



**MOTION TO SUBSTITUTE DESIGNATED COUNSEL FOR SERVICE OF PROCESS**