## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COMMERCE ASSOCIATES, LLC, ET AL.,<br><br>Defendants. | Case No. 2:15-cv-00832-RFB-MDC<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation (ECF No. 227) of the Honorable Maximiliano D. Couvillier, III, United States Magistrate Judge, entered on November 24, 2025. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by December 8, 2025. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

1 **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 227)
2 is **ACCEPTED** and **ADOPTED** in full.
3 **IT IS FURTHER ORDERED** that First American Title Insurance Company's Motion for
4 an Award of Attorney's Fees and Expert Fees (ECF No. 222) is **GRANTED in part**.
5 **IT IS FURTHER ORDERED** that First American Title Insurance Company be
6 **AWARDED** $389,310 in reasonable attorneys' fees and $18,539.15 in reasonable expert fees,
7 totaling to $407,849.15 pursuant to the Purchase Agreement.

**DATED:** January 5, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**